UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
June 8, 2023
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESSE ROBERT CORRAL, III<br><br>Defendant. | Case No. 2:14-cr-0084 JAM-2<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>JESSE ROBERT CORRAL, III</u> Case No. <u>2:14-cr-0084 JAM-2</u> Charges <u>18 USC § 3606</u> from custody for the following reasons:

    _____ Release on Personal Recognizance

    _____ Bail Posted in the Sum of $ _____

        _____ Unsecured Appearance Bond $ _____

        _____ Appearance Bond with 10% Deposit

        _____ Appearance Bond with Surety

        _____ Corporate Surety Bail Bond

        __X__ (Other): To be released on 6/8/2023 on previously imposed conditions.

Issued at Sacramento, California on June 8, 2023 at 2:25 PM

                By:  /s/ Carolyn K. Delaney

                      Magistrate Judge Carolyn K. Delaney