PHILLIP A. TALBERT
United States Attorney
AARON D. PENNEKAMP
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESSE ROBERT CORRAL, III,<br><br>Defendant. | CASE NO. 2:14-cr-00084-JAM-2<br><br>**ORDER GRANTING UNOPPOSED MOTION TO DISMISS SUPERVISED RELEASE VIOLATION PETITION AND VACATE ADMIT/DENY HEARING**<br><br>DATE: June 27, 2023<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

The United States has filed an unopposed motion to dismiss the pending supervised release violation petition concerning defendant Jesse Robert Corral, III. Upon review of the government's motion and for the reasons stated therein, it is HEREBY ORDERED:

(1) The supervised release violation petition concerning defendant Jesse Robert Corral, III that was filed as ECF No. 90 on June 24, 2021, is **DISMISSED**; and

(2) The admit/deny hearing concerning the supervised release violation petition currently scheduled for June 27, 2023, at 9:00 a.m. is **VACATED**.

Dated: June 23, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE